IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PATRICIA NELSON**                                                                                      **PLAINTIFF**

VS.                          CIVIL ACTION NO. 4:17cv031-MPM-JMV

**GENERAL MOTORS LLC;**                                     **DEFENDANTS**
**GENERAL MOTORS CORPORATION;**
**NGMCO, INC. n/k/a GENERAL MOTORS COMPANY;**
**and JOHN DOES 1-10**

## COMPLAINT

### (JURY DEMANDED)

Plaintiff, Patricia Nelson, files this her Complaint against Defendants, General Motors, LLC, General Motors Corporation, NGMCO, Inc. n/k/a General Motors Company and John Does 1-10, as follows:

**I. PARTIES.**

1. Plaintiff, Patricia Nelson ("Nelson"), is an adult resident citizen of the State of Mississippi who resides in Greenwood, Mississippi.

2. Defendant, General Motors, LLC ("New GM"), is a non-resident limited liability company which may be served with process of this Court by delivering a copy of the Summons and Complaint to its registered agent: CSC of Rankin County, Inc., 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3. Defendant, General Motors Corporation ("Old GM"), is a non-resident corporation which may be served with process of this Court by delivering a copy of the Summons and Complaint to its President, Albert Koch, 300 Renaissance Center, Detroit, Michigan 48265.

4. Defendant, NGMCO, Inc. n/k/a General Motors Company ("GMC), is a non-resident corporation which may be served with process of this Court by delivering a copy of the Summons and Complaint to its President, David Markowitz, 300 Renaissance Center, Detroit, Michigan 48265.

5. John Does 1-10 are other GM entities whose identities are presently unknown to Sandifer but which may be legally responsible for the injuries and damages Nelson sustained on March 21, 2014.

## II. JURISDICTION.

1. This Court has jurisdiction over this civil action pursuant to 28 USC §1332 in that complete diversity of jurisdiction exists between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## III. BACKGROUND.

1. On June 1, 2009, Old GM filed for bankruptcy protection.

2. On July 10, 2009, GMC purchased the assets of Old GM. In addition, GMC assumed Old GM's liability for personal injury claims occurring from and after July 10, 2009, even if the GM vehicle in question was manufactured prior to that time.

3. Subsequently, General Motors, LLC ("New GM') was formed and GMC withdrew from doing business in the State of Mississippi.

## IV. FACTS.

1. On March 21, 2014, Nelson was driving a 2007 Buick Lucerne ("Lucerne") when suddenly and without warning there was an unintended shut-off of the ignition switch which locked the steering causing a loss of control. As a result, the vehicle left the roadway and struck a tree.

2. The Lucerne was designed, manufactured and sold by Old GM and reached the owner in substantially the same condition as when designed and manufactured by Old GM.

3. The steering wheel locked due to a defect in the ignition switch which caused or allowed an unintended shut-off of the ignition switch.

## V. STRICT LIABILITY.

1. For the reasons set forth in Section IV, the Lucerne was at the time it was sold a defective product, unreasonably dangerous for the use for which it was intended; therefore, Defendants are strictly liable for the injuries and damages sustained by Nelson under the doctrine of strict liability in tort.

## VI. NEGLIGENCE.

1. For the reasons set forth in Section IV, Defendants were negligent in the design, manufacture, distribution and sale of the Lucerne and such negligence was a proximate contributing cause of the accident and the injuries and damages sustained by Nelson.

## VII. BREACH OF WARRANTY.

1. For the reasons set forth in Section IV, Defendants breached warranties, both expressed and implied. As a result, the accident occurred and Nelson sustained injuries and damages.

## VIII. INJURIES AND DAMAGES.

1. As a result of the unintended ignition switch shut-off, Nelson was unable to steer the Lucerne and it left the roadway and struck a tree resulting in serious and permanent injuries to Nelson.

2. In an effort to treat her injuries, Nelson has incurred medical and related bills. She will continue to incur such bills in the future.

3. As a result of her injuries, Nelson has lost wages and income and will continue to do so in the future.

4. As a result of her injuries, Nelson suffers from a degree of permanent physical impairment and disfigurement and will continue to suffer from the same in the future.

5. As a result of the accident and her injuries, Nelson has suffered physical pain and suffering and will continue to do so in the future. In addition, she has suffered extreme anxiety and emotional distress and will continue to do so in the future.

## IX.   PUNITIVE DAMAGES.

1. The failure of the Defendants to recall the Lucerne prior to the accident in question was a product of actual malice, and/or gross negligence which evidences a willful, wanton or reckless disregard for the safety of others, and/or actual fraud on Nelson. As such, Nelson is entitled to punitive damages under Miss. Code Ann. §11-1-65 (Supp. 2004).

## X.   RELIEF REQUESTED.

1. Nelson demands judgment against the Defendants, jointly and severally, for all damages to which she is entitled, including punitive damages, without application of the Mississippi damages statutory cap as set forth in Miss. Code Ann. §11-1-60 (Supp. 2004). Nelson also demands pre-judgment interest, post-judgment interest, attorneys' fees, expenses, and all other damages allowed by law.

Respectfully submitted,

PATRICIA NELSON

BY: _____
ROBERT G. GERMANY

OF COUNSEL:

ROBERT G. GERMANY (MSB# 4800)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
PHONE: (601) 948-6200
FAX: (601) 948-6187
rgg@pgrwlaw.com


	And

SUZANNE KEYS (MSB# 5032)
RATOYA GILMER (MSB# 104487)
PRECIOUS MARTIN, SR. & ASSOCIATES
POST OFFICE BOX 373
JACKSON, MS 39205
PHONE: (601) 944-1447
FAX: (601) 944-1448
skeys@ptmandassoc.com
rgilmer@ptmandassoc.com